UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-61657-WLH |
| | ) | |
| STEVEN THOMAS CLARK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| STEVEN THOMAS CLARK, | ) | ADVERSARY PROCEEDING |
| | ) | CASE NO. 16-05189 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

    I, William A. Rountree, hereby certify that I am, and at all times relevant hereto was, over the age of 18 years, and that I served a true and correct copy of the Adversary Complaint and Summons via United States Mail, postage prepaid and properly addressed upon the following parties:

Office of the U.S. Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA  30303

Internal Revenue Service
Insolvency Unit
401 W. Peachtree St., Stop 334-D, Rm. 400
Atlanta, GA  30308

U. S. Attorney – Civil Process Clerk
Northern District of Georgia
Richard B. Russell Building
75 Spring Street, S.W., Suite 700
Atlanta, GA  30303

Attorney General
United States of America
Main Justice Building
10th and Constitution Avenue, N.W.
Washington, D.C.  20530

04032160-

United States Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Edwin K. Palmer
P O BOX 1284
Decatur, GA 30350

Steven Thomas Clark
230 Gold Creek Court
Atlanta, GA 30350

U. S. Department of Justice
Civil Trial Section – Southern Region
555 4th Street, N.W.
Room 6243
Washington, D.C. 20001-2733

Tax Division
U.S. Department of Justice
P. O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

Dated: Atlanta, Georgia
August 18, 2016

MACEY, WILENSKY & HENNINGS, LLC

/s/ William A. Rountree
William A. Rountree
Georgia Bar No. 616503

303 Peachtree Street, N.E.
Suite 4420
Atlanta, Georgia 30308
Telephone: (404) 584-1200
Facsimile: (404) 681-4355
wrountree@maceywilensky.com
*Attorneys for Debtor*

04032160-